JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRISTINA ELIZABETH QUINALUIZA CHANGO,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, ET AL.,

Respondents.

Case No. 5:26-cv-02331-JGB-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DISMISSED WITHOUT PREJUDICE as moot.

DATED: July 14, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE